# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Maven Engineering Corporation ) ASBCA No. 61964
)
Under Contract No. SPE4A7-14-M-C810 )

APPEARANCES FOR THE APPELLANT: Andrew J. Mohr, Esq.
C. Kelly Kroll, Esq.
Morris, Manning & Martin, LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Edward R. Murray, Esq.
Brittany Z. Moriarty, Esq.
Trial Attorneys
DLA Aviation
Richmond, VA

## ORDER OF DISMISSAL

The dispute has been resolved. The appeal is dismissed with prejudice.

Dated: March 14, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61964, Appeal of Maven Engineering Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals